BRUEN, Respondent, v. REYNOLDS, Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1914.) Action by Alexander J. Bruen against Thomas L. Reynolds. J. P. Everett, of New York City, for appellant. J. P. Carter, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BRUNO, Respondent, v. LINCH, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by Carmelo Bruno against George W. Linch, as receiver, etc. C. H. Tuttle, of New York City, for appellant. A. J. Levine, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BRUNO, Respondent, v. LINCH, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by Maria Bruno against George W. Linch, as receiver, etc. C. H. Tuttle, of New York City, for appellant. A. J. Levine, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BRUNS, Respondent, v. WASSER, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Hermann Bruns against David Wasser. S. N. Tuckman, of New York City, for appellant. G. W. Tucker, Jr., of New York City, for respondent. No opinion. Order filed, with $10 costs and disbursements. Order filed.

BRYAN, Respondent, v. RICHARD DEEVES & SON, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by William J. Bryan against Richard Deeves & Son. E. P. Mowton, of New York City, for appellant. H. Waldman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BUCHANNAN, Respondent, v. BUCHANAN, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Marthe V. L. Buchannan against Charles P. Buchanan. R. Robertson, of New York City, for appellant. I. T. Flatto, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BUCKLEY v. COLLYER. (Supreme Court, Appellate Term, First Department. April 22, 1914.) Appeal from City Court of New York, Trial Term. Action by Olive C. Buckley against Herman L. Collyer. From a judgment of the City Court of the City of New York for plaintiff, and from an order denying a new trial, defendant appeals. Reversed, and new trial ordered. Gifford, Hobbs & Beard, of New York City, for appellant. Ernest W. Hofstatter (George A. Wyre, of Nyack, of counsel), for respondent.

PER CURIAM. The plaintiff's testimony is so contradicted by the documentary evidence, and the amount of the award seems so excessive, that it appears quite evident that the jury's verdict is not founded upon a proper consideration of the evidence, but is based on mistake or bias. Judgment is therefore reversed, and a new trial ordered, with costs to appellant to abide the event.

LEHMAN and WHITAKER, JJ., concur. PAGE, J., dissents.

BUNCE, Respondent, v. HUMPHREY, Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Albert A. Bunce against Charles F. Humphrey. R. T. Oliver, of New York City, for appellant. C. R. Bradbury, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BUNTING BULL CO., Appellant, v. CITY OF MT. VERNON, Respondent. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by the Bunting Bull Company against the City of Mt. Vernon. L. L. Kellogg, of New York City, for appellant. F. A. Bennett, of Mt. Vernon, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. LAUGHLIN, J., dissents.

BURBRIDGE, Appellant, v. MANHATTAN BEDDING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by George F. Burbridge against the Manhattan Bedding Company. No opinion. Order affirmed, with $10 costs and disbursements.

BURKE v. PITTSBURG CONTRACTING CO. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Albert Burke against the Pittsburg Contracting Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 146 N. Y. Supp. 1085.

In re BURNETT. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) In the matter of the application of Mary Burnett, Mary Burnett as administratrix, etc., of William H. Burnett, deceased, and others, to lay out a highway in the town of Queensbury, county of Warren, and state of New York, and the assessment of damages therefor. No opinion. Order granted, without costs.

BURNS, Appellant, v. RUSSELL, Respondent, et al. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Alexander S. Burns against Anna A. Russell and others. No opinion. Judgment affirmed, with costs.

BURNSTINE, Respondent, v. BURNSTINE, Appellant. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Aurelia M. Burnstine against Nathan Burnstine. W. F. Severance, of New York City, for appellant. No opinion. Judgment affirmed, with costs. Order filed. See, also, 158 App. Div. 880, 142 N. Y. Supp. 1110.